UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Yousef Mohammad Ramadan,

    Defendant.

Criminal No. 17-mj-30426

Honorable R. Steven Whalen

**GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL CRIMINAL COMPLAINT**

The United States of America hereby moves for an order unsealing the Criminal Complaint and Arrest Warrant in this case, and states:

1. The Complaint in this case charges the defendant with one or more federal crimes.

2. On August 25, 2017, upon motion of the United States, this Court sealed the Complaint, Arrest Warrant and all attendant paper.

3. The government requests that the Complaint and Arrest Warrant be unsealed because the defendant has been arrested and is entitled to receive a copy of the Complaint.

1

WHEREFORE, the government requests this Court to issue an order unsealing the Complaint and Arrest Warrant.

        Respectfully submitted,

        Daniel Lemisch
        Acting United States Attorney

        s/Ronald W. Waterstreet

        Ronald W. Waterstreet
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI  48226
        ronald.waterstreet@usdoj.gov
        (313) 226-9100

Dated:  August 25, 2017

**IT IS SO ORDERED.**

        s/R. Steven Whalen

        R. Steven Whalen
        United States Magistrate Judge

Entered:  August 25, 2017