UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,           CR. NO. 17-20595

vs.

                               HON. MARIANNE O. BATTANI

YOUSEF RAMADAN,

        Defendant.
_____/

**MOTION TO EXTEND MOTION CUT-OFF**

The United States seeks an extension of the Motion Cut-off from March 23, 2018 until March 30, 2018. This request does not seek to change the previously set filing date for the Government's Responses to Defendant's filings, currently set for March 30, 2018. The United States is in the midst of preparing a filing with the Court but needs additional time to complete the task. The United States has sought but

1

failed to obtain concurrence in this motion from defense.

                                                MATTHEW SCHNEIDER
                                                United States Attorney

                                                <u>s/*Ronald W. Waterstreet*</u>
                                                Ronald W. Waterstreet (P42197)
                                                Assistant U.S. Attorney
                                                211 W. Fort, Suite 2001
                                                Detroit, Michigan 48226
                                                (313) 226-9593

Dated: March 23, 2018

CERTIFICATE OF SERVICE

I hereby certify that on Friday, March 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew Densemo and Colleen P. Fitzharris

                          *s/Ronald W. Waterstreet*
                          Ronald W. Waterstreet (P42197)
                          211 W. Fort St., Suite 2001
                          Detroit, MI 48226
                          (313) 226-9593
                          Ronald.waterstreet@usdoj.gov