UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                         Case No. 2:17–cr–20595–MOB–EAS
                                          Hon. Marianne O. Battani

Yousef Mohammad Ramadan,

          Defendant(s),

## ORDER REQUIRING RESPONSE

The defendant, Yousef Mohammad Ramadan, has filed the following document:

      Motion – #48

IT IS HEREBY ORDERED that the Government shall file a response to the above document on or before March 26, 2018.

                                      s/Marianne O. Battani
                                      Marianne O. Battani
                                      U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                  By: s/K. Doaks
                                  Case Manager

Dated:   March 23, 2018