UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. 17-20595

v.

                              HONORABLE MARIANNE O. BATTANI

YOUSEF RAMADAN,

        Defendant.
_____/

## STIPULATION AND ORDER TO FILE MOTION TO DISMISS (DKT. ENTRY NO. 100) UNDER SEAL

The above parties, by their respective counsel, stipulate that Defendant's Motion to Dismiss the Indictment for Outrageous Governmental Conduct, Docket Entry No. 100 shall be filed under seal, as it may contain sensitive and/or protected information, that should not be available for public viewing.

s/Ronald Waterstreet (w/consent)    s/Andrew Densemo
RONALD WATERSTREET (P42197)    ANDREW DENSEMO (P37583)
Assistant U.S. Attorney                 Attorney for Defendant
211 W. Fort, Suite 2001                613 Abbott, 5th Floor
Detroit, Michigan   48226             Detroit, Michigan   48226
(313) 226-9593                           (313) 967-5829

Dated: August 23, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. 17-20595

v.

                              HONORABLE MARIANNE O. BATTANI

YOUSEF RAMADAN,

        Defendant.
_____/

## ORDER GRANTING STIPULATION
## TO FILE MOTION UNDER SEAL

This matter having come before the Court upon stipulation of the parties, the Court finds that the relief requested is warranted.

**IT IS ORDERED that the Defendant's Motion to Dismiss the Indictment Due to Outrageous Government Conduct, (Docket Entry No. 100), shall be filed under seal.**

*SO ORDERED*.

Date: August 23, 2018                                s/Marianne O. Battani
                                                          MARIANNE O. BATTANI
                                                          United States District Judge