

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

    Criminal 17-cr-20595

    Honorable Marianne O. Battani

Yousef Mohammad Ramadan,

    Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT OF SUPERSEDING INDICTMENT

---

I, Yousef Mohammad Ramadan, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One: 10 years' imprisonment and a maximum fine of $250,000

Count Two: 10 years' imprisonment and a maximum fine of $250,000

Count Three: 10 years' imprisonment and a maximum fine of $10,000

 

_____
Yousef Mohammad Ramadan
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

                                                                           Andrew Densemo
                                                                           Counsel for Defendant

Dated: 1-24-19