# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YOUSEF MOHAMMAD RAMADAN,

    Defendant.

_____/

Case No. 17-20595

Hon. Marianne O. Battani

## ORDER DENYING
## DEFENDANT'S MOTION TO DISMISS

In a motion filed on March 25, 2019, Defendant seeks the dismissal of the indictment, citing the Government's purported failure to comply with its obligation to produce certain discovery materials. On April 15, 2019, the Government filed a response in opposition to Defendant's motion, and the Court heard argument on this motion on April 18, 2019. For the reasons stated on the record at the April 18 hearing,

IT IS HEREBY ORDERED that Defendant's March 25, 2019 motion to dismiss (Dkt. 129) is **DENIED**.

Date: May 1, 2019

    s/Marianne O. Battani
    MARIANNE O. BATTANI
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 1, 2019.

                                                        s/ Kay Doaks
                                                        Case Manager