UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Case No. 2:17−cr−20595−MOB−EAS
Hon. Marianne O. Battani

Yousef Mohammad Ramadan,

Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of hearing on [134] MOTION *AND INCORPORATED BRIEF FOR INSPECTION OF GRAND JURY VOTE AND TRANSCRIPTS OR ALTERNATIVELY FOR PARTICULARS AS TO WHAT EVIDENCE WAS PRESENTED TO THE GRAND JURY* as to Yousef Mohammad Ramadan. **Motion Hearing set for 7/31/2019 02:30 PM before District Judge Marianne O. Battani** (KDoa)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/K. Doaks
Case Manager

Dated:   July 11, 2019