# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YOUSEF MOHAMMAD RAMADAN,

    Defendant.

    _____/

Case No. 17-20595

Hon. Marianne O. Battani

## ORDER DENYING DEFENDANT'S MOTION
## FOR INSPECTION OF GRAND JURY VOTE AND TRANSCRIPTS

In a motion filed on June 26, 2019, Defendant requests the opportunity to inspect the transcripts of the grand jury proceedings in this case, and also asks that he be informed of the grand jury's votes on the initial and superseding indictments. On July 15, 2019, the Government filed a response in opposition to Defendant's motion, and the Court heard argument on this motion on July 31, 2019. For the reasons stated on the record at the July 31 hearing,

IT IS HEREBY ORDERED that Defendant's June 26, 2019 motion for inspection of grand jury vote and transcripts (Dkt. 134) is **DENIED**.

Date: August 12, 2019

    s/Marianne O. Battani
    MARIANNE O. BATTANI
    United States District Judge