UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff(s),                            Case No.  17-20595
                                                Honorable Victoria A. Roberts

v.

Yousef Ramadan,

    Defendant(s).

_____/

## **ORDER STRIKING DOCUMENT**

The Court reviewed Nabih Ayad's Motion for Permission to Appear Pro Hac Vice [ECF No. 174].  The Court **STRIKES** that document for the following reason(s):

    ☒  Missing statement of concurrence.  *See* Local Rule ("LR") 7.1(a).

    ☒  Missing required information (e.g., table of contents, concise statement of issues, controlling or most appropriate authority, index of authorities, index of exhibits, etc.).  *See* LR 7.1(d)(2).

    ☐  Does not contain a statement of material facts with numbered paragraphs or fails to respond to statement of material facts in motion. *See* Section 1(A) of Phase II Scheduling Order (Statement of Material Facts on Motion for Summary Judgment).

☐   Wrong font size or improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.).  *See* LR 5.1(a)(2),(3).

☐   Does not comply with Rule 18(b) of the Electronic Filing Policies and Procedures, regarding filing exhibits electronically.  *See* LR 5.1.1(a).

☐   Does not comply with Local Rule 5.3, regarding filing an item under seal in a civil case.

☐   Over-length.  *See* LR 7.1(d)(3).

☐   Motion to dismiss/response to motion to dismiss relies primarily on summary judgment cases.

☐   Does not comply with the Scheduling Order (or other Order or Notice) in this case for the following reasons: _____
_____.

☐   Other: _____.

The document is stricken and not part of the record.  The document must be refiled in full compliance by March 6, 2020.  A courtesy copy that includes tabbed and highlighted exhibits and the ECF electronic date stamp must be submitted to chambers.

**IT IS ORDERED**.

                                                S/ Victoria A. Roberts
                                                Victoria A. Roberts
Dated: 3/4/2020                      United States District Judge