# EXHIBIT 2































































