# EXHIBIT 3




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

01/09/2018 12:47 EST                                                                 Page 1 of 5

**CASE NUMBER**
▮

**CASE OPENED**
8/25/2017

**CURRENT CASE TITLE**
Yousef RAMADAN Et. Al.

**REPORT TITLE**
Yousef RAMADAN Outbound encounter

**REPORTED BY**
David Green
SPECIAL AGENT

**APPROVED BY**
Christopher Hesson
SPECIAL AGENT

**DATE APPROVED**
9/1/2017

**SYNOPSIS**

Homeland Security Investigations (HSI) Detroit is assigned to the Federal Bureau of Investigation (FBI) Joint Terrorism Task Force (JTTF). On August 15, 2017, Yousef Mohammad RAMADAN, a United States citizen, attempted to depart the United States from the Detroit Metropolitan International Airport with his family to Israel. HSI at the Detroit Metro Airport (DMA), Duty agent was notified by Customs and Border Protection (CBP) officers due to the seizure of tactical police gear including ballistic body armor, taser, and a rifle scope. A preliminary review of his electronic media revealed possible images of ISIS and an IED. FBI Detroit JTTF became involved, due to RAMADAN's possible terrorist connections. This case is being opened to absorb ▮, which was opened by HSI DMA. This investigation is being opened in both the HSI and FBI case management systems.

The following report details the interview of Yousef Mohammad RAMADAN.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Yousef RAMADAN Et. Al. | ▮-001 | 9/1/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

01/09/2018 12:47 EST                                                                 Page 2 of 5



RAMADAN advised he was currently unemployed and had been so for the past several months. He had previously been employed in various construction jobs in the surrounding Metro Detroit area. He stated his father sends him money to help support his family, and he had received an insurance settlement from a motorcycle accident he had been involved in a few years earlier. He stated he had sustained a close head injury from this accident. RAMADAN suffers from memory loss, and has received treatment. He stated he does not currently take any medication, and he does not suffer from any mental health issues.

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Yousef RAMADAN Et. Al. | -001 | 9/1/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

01/09/2018 12:47 EST                                                                                           Page 3 of 5



| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Yousef RAMADAN Et. Al. | ▮▮▮▮▮▮-001 | 9/1/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

 

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

01/09/2018 12:47 EST                                                                                     Page 4 of 5

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Yousef RAMADAN Et. Al. | ▇▇▇▇▇▇-001 | 9/1/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

01/09/2018 12:47 EST                                                                 Page 5 of 5



| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Yousef RAMADAN Et. Al. | ▮▮▮▮▮▮-001 | 9/1/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.