UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

v.                    Case No. 17-20595
                      Hon. VICTORIA A. ROBERTS

Yousef Mohammad Ramadan,
    Defendant

To the clerk of the court. Now here comes Pro se requesting this honorable court send this motion for removal of counsel to all parties involved in case and also I request a copy of motion to be sent to the Sixth circuit court of appeals.

Greetings

My name is Yousef Ramadan and I am writing this honorable court today in regards of removing my counsel Richard Korn from my on going case. Said counsel Richard D. Korn without my knowledge or consent waived my right to a speedy trial after I requested that he invoke my speedy trial rights before this court. There is a breakdown in communication and total lack of trust from me towards said counsel Richard D. Korn. I respectfully ask this honorable court to remove said counsel Richard D. Korn from counsel and appoint me a new counsel who not only is willing to assist me, but is not racist or biased towards my religous views. I would also like to put on the record that said counsel Richard D. Korn without my approval or consent related to this honorable court that I am diabetic, which we never agreed upon and he also told me that after the regular visitation schedule is restored that he will not visit me. I look forward to hearing from this court in the near future. Thank you in advance for your help in this matter.

X. /s/

Case No: 17-20595
Name: Yousef Mohammad Ramadan

