UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No.  17-20595
                                               Honorable Victoria A. Roberts

YOUSEF RAMADAN,

    Defendant.
_____/

## ORDER

On July 14, 2020 the Court held a hearing on defense counsel Richard Korn's motion to withdraw [ECF No. 200] and defendant's motion for new attorney [ECF. No. 203].

For the reasons stated on the record, the motions are **GRANTED**. The Court orders the Federal Community Defender to appoint counsel.

    **ORDERED**.

                                                     s/ Victoria A. Roberts
                                                     Victoria A. Roberts
                                                     United States District Judge

Dated:7/15/2020