UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No.  17-20595

                                        Honorable Victoria A. Roberts

YOUSEF RAMADAN,

    Defendant.

_____/

## ORDER CHANGING CONDITION OF BOND

On February 16, 2021, the Court held a status conference.  Attending were Douglas Salzenstein and Hank Moon for the Government and Andrew Densemo for the Defendant.

Based on the discussion held, the Court changes Mr. Ramadan's condition of bond from home incarceration to home detention.

**IT IS ORDERED**.

                                                          s/ Victoria A. Roberts
                                                          Victoria A. Roberts
                                                          United States District Court

Dated:  2/17/2021