PS8
(8/88)

# United States District Court
for the
### Eastern District of Michigan

U.S.A. vs. **RAMADAN, YOUSEF**                              Docket No. 17CR20595-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW David Clifford, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Yousef Ramadan, who was placed under pretrial release supervision on a $10,000 Unsecured Bond by the Honorable Victoria A. Roberts sitting in the court at Detroit, Michigan, on January 15, 2021, under the following conditions:

1. Report to Pretrial Services as directed
2. Placed in custody of third-party custodian Asma Mohamed Ramadan
3. Travel restricted to the Eastern District of Michigan
4. Surrender passport and not apply for new passport
5. Not possess a firearm
6. Participate in GPS home incarceration
7. Report contact with law enforcement
8. Reside at bond address and not move without permission from the court or pretrial services

**Respectfully presenting petition for action of court and for cause as follows**:

On May 6, 2021, the Court requested pretrial services prepare a PS8 form granting the defendant's GPS home curfew be changed to stand alone monitoring and his travel restriction be changed to State of Michigan from Eastern District of Michigan.

The following condition is respectfully requested to be added to the defendant's conditions of release.

**PRAYING THAT THE COURT WILL ORDER**

-Change home curfew to stand alone monitoring

-Change travel restriction of Eastern District of Michigan to State of Michigan

| ORDER OF COURT | I Declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| | Executed on May 10, 2021 |
| Considered and ordered this 11th day of May, 2021 and ordered filed and made a part of the records in the above case. | |
| | _____/s/ David Clifford_____ |
| | U.S. Pretrial Services Officer |
| s/ Victoria A. Roberts | Place: Detroit, Michigan |
| United States District Judge Victoria A. Roberts | Date: May 10, 2021 |