UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      CR. NO. 17-20595

v.

                                      HON. VICTORIA A. ROBERTS

YOUSEF RAMADAN,

        Defendant.

_____/

**STIPULATION EXTENDING CERTAIN DATES IN CRIMINAL TRIAL
NOTICE AND STANDING ORDER [D/E 234]**

The parties' through their counsel hereby stipulate and agree to extend certain dates set forth in the Court's Criminal Trial Notice and Standing Order [Docket Entry 234]. Specifically, the government shall respond to the defendant's motions in limine by June 25, 2021, the final pretrial conference and hearing on motions in limine shall be set for July 6, 2021 at 2:00 pm and the deadline for witness lists, proposed voir dire, jury instructions, list of exhibits and stipulation of method for removing alternate jurors shall be set for July 13, 2021 (or a later date depending on the actual trial date set by the Court).

| | |
|---|---|
| s/Douglas Salzenstein | s/Andrew Densemo (w/consent) |
| Assistant U.S. Attorney | Assistant Federal Defender |
| 211 W. Fort Street, 2001 | 613 Abbott Street, Suite 500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9196 | (313) 967-5829 |
| doug.salzenstein@usdoj.gov | andrew_densemo@fd.org |

Dated: June 7, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

CR. NO. 17-20595

v.

HON. VICTORIA A. ROBERTS

YOUSEF RAMADAN,

Defendant.

_____/

## ORDER EXTENDING CERTAIN DATES IN CRIMINAL TRIAL NOTICE AND STANDING ORDER [D/E 234]

The Court has considered the parties' stipulation.  The Court hereby grants

the request and modifies certain dates set forth in the Court's Criminal Trial Notice

and Standing Order [Docket Entry 234] as follows: (a) the government shall

respond to the defendant's motions in limine by June 25, 2021; (b) the final pretrial

conference and hearing on motions in limine shall be set for July 6, 2021 at 2:00

pm; and (c) the deadline for witness lists, proposed voir dire, jury instructions, list

of exhibits and stipulation of method for removing alternate jurors shall be set for

July 13, 2021 (or a later date depending on the actual trial date set by the Court).

**IT IS SO ORDERED.**

s/ Victoria A. Roberts
HONORABLE VICTORIA A. ROBERTS
United States District Judge

Dated:  6/9/2021