**Index of Exhibits**

Exhibit 1:  Check No. 175 for $105

Exhibit 2:  Testimony regarding check

Exhibit 3:  Check copy presented during deposition