UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

                                         Criminal No. 17-20595

v.

                                         Hon. Victoria A. Roberts

Yousef Mohammad Ramadan,

        Defendant.

_____/

## VERDICT FORM

We, the jury, unanimously find as to the defendant Yousef Mohammad Ramadan:

As to **Count One** of the Superseding Indictment, which charges the possession of a firearm from which the serial number had been removed, altered, and obliterated, we the Jury, find the defendant:

      ___ Not Guilty          ✓ Guilty

As to **Count Two** of the Superseding Indictment, which charges the possession of a stolen firearm, we the Jury, find the defendant:

      ___ Not Guilty          ✓ Guilty

As to **Count Three** of the Superseding Indictment, which charges the possession of an unregistered silencer, we the Jury, find the defendant:

___ Not Guilty          ✓ Guilty

9/20/2021

DATE

S/Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.