# EXHIBIT 1

# memo

**Federal Community Defender**

To:	Andrew Densemo

From:	Nancy McGunn

Date:	11.17.21

Re:	Trial in front of J. Roberts

---

Several weeks ago I had a text exchange with a friend named Ann Zvibleman. Ann reached out to tell me about a friend who was describing her recent experience on a jury trial in front of Judge Roberts. Ann commented:

> "Weapons charges for guy taken into custody at DTW on way to Palestine . . . (sounds like lots of evidence NOT admitted)."

> "[My friend] swears the judge said there was more they wanted (to charge?) but there wasn't evidence …."

> "She's not 100% sure…."

> "She's definitely doubting her memory now (she likes judge Roberts), but I also remember her sharing this same detail immediately after the trial"

Ann lives in Pleasant Ridge, my guess is that this juror lives in Pleasant Ridge or Ferndale.