UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 17-20595
                                         Honorable Victoria A. Roberts

YOUSEF MOHAMMAD RAMADAN,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR MODIFICATION OF BOND CONDITIONS TO ALLOW TRAVEL OUTSIDE THE STATE OF MICHIGAN FOR EMPLOYMENT PURPOSES [ECF No. 272]

The government charged Yousef Mohammad Ramadan with possession of a firearm with an obliterated serial number, possession of a stolen firearm, and possession of an unregistered silencer.

The Court detained Ramadan from 2017 until January 2021. On January 15, 2021, the Court granted Ramadan's third motion for release on bond and released Ramadan subject to certain conditions – including GPS monitoring, third-party custodian, home incarceration, and no travel outside the Eastern District of Michigan.  The Court has gradually loosened Ramadan's restrictions.  Ramadan is still subject to GPS monitoring, and his travel is restricted to the State of Michigan.

On September 20, 2021, a jury found Ramadan guilty of the three charged offenses. Ramadan is on bond pending sentencing on January 20, 2022.

Since being released on bond, Ramadan has complied with all conditions of release.

Before the Court is Ramadan's Motion for Modification of Bond Conditions to Allow Travel Outside the State of Michigan. [ECF No. 272]. The motion is fully briefed. Ramadan asks the Court to allow him to travel outside the state for employment purposes.

Ramadan submits a letter from his employer – Smith's Towing Service – stating that Ramadan: (1) has been employed with the company for six months; (2) is an excellent employee who performs his assigned work in a professional manner; (3) worked to obtain a CDL license over the past several months; (4) has an opportunity to make more money by performing work duties across state lines, into states such as Ohio, Illinois, Indiana, Kentucky, and Pennsylvania. Ramadan's employer is willing to work with Pretrial Services to confirm Ramadan's job assignments and any pertinent logistical information.

The government opposes Ramadan's motion. It says Ramadan is untrustworthy based on past deceitful conduct. The government also

claims Ramadan has bad judgment involving operating vehicles. It says Ramadan has twice videotaped traffic stops where he cursed at law enforcement officers without provocation. And, more seriously, the government says Ramadan has been involved in two incidents of road rage: (1) shortly after moving to California from overseas, Ramadan took a baseball bat to a truck that ran into his car; and (2) in Michigan, Ramadan challenged the driver of another car to a fight, and then pepper sprayed the other driver before getting back into his car and driving off.

The incident in California occurred in 2009 or early 2010. The government does not indicate when the other incidents took place.

Notably, Ramadan's employer: (1) indicates that Ramadan performs his work in a professional manner; and (2) informed his Pretrial Officer that Ramadan has not had any incidents involving road rage at work. He describes Ramadan as one of his better drivers and says he has no issues or concerns about Ramadan.

Most importantly, Ramadan has complied with all conditions of release, and Pretrial Services does not object to Ramadan's conditions being modified to allow travel outside of Michigan for employment purposes. Allowing Ramadan to travel outside of Michigan for employment purposes does not increase the risk of harm to the public. And, if Ramadan

3

wanted to flee, he could do so under the current conditions restricting him to travel within Michigan.

Accordingly, the Court **GRANTS** Ramadan's Motion [ECF No. 272] and amends his conditions of release as follows:

(1) Except for purposes of employment with Smith's Towing Service, Ramadan's travel remains restricted to Michigan.

(2) For employment purposes only, Ramadan may travel to Ohio, Illinois, Indiana, Kentucky, and Pennsylvania.

(3) Ramadan must provide his Pretrial Officer with notice regarding all employment assignments that involve him travelling outside of Michigan. Ramadan must include the dates and times each out-of-state assignment will cover; the location(s) each out-of-state assignment covers; and any other information requested by his Pretrial Officer/Pretrial Services. Ramadan must notify his Pretrial Officer of any change in plans for out-of-state assignments.

(4) Ramadan's employer must work with the Pretrial Services to confirm Ramadan's out-of-state job assignments and pertinent logistical information, as needed.

**IT IS ORDERED**.

Dated: 12/16/2021

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge