| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3960833 | DATE 01/18/2024 |
|---|---|---|---|---|

| NAME RAMADAN, Yousef Mohammad | OFFICER David Smith | JUDGE Terrence G. Berg | DOCKET # 17-CR-20595-01 |
|---|---|---|---|

| ORIGINAL SENTENCE DATE 02/28/2022 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY I | TOTAL OFFENSE LEVEL 26 | PHOTO |
|---|---|---|---|---|
| COMMENCED 02/28/2022 | | | | |
| EXPIRATION 02/27/2024 | | | | |

| ASST. U.S. ATTORNEY Douglas Salzenstein | DEFENSE ATTORNEY Andrew Densemo |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. § 922(k), Possession of a Firearm with an Obliterated Serial Number

Count 2: 18 U.S.C. § 922(j), Possession of a Stolen Firearm

Count 3: 26 U.S.C. § 5861(d), Possession of an Unregistered Silencer

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of Time Served, to be followed by a 24-month term of supervised release.

Name of Sentencing Judicial Officer: Honorable Victoria A. Roberts. Case reassigned to the Honorable Terrence G. Berg on 09/28/2023, pursuant to Local Criminal Rule 57.10.

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under his control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.
2. You must participate in an educational services program and follow the rules and regulations of that program. Such programs may include high school equivalency preparation, English as a Second Language classes, and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use.
3. You must submit to a psychological/psychiatric evaluation as directed by the probation officer.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 3960833 | **DATE** 01/18/2024 |
|---|---|---|---|---|
| **NAME** RAMADAN, Yousef Mohammad | | **OFFICER** David Smith | **JUDGE** Terrence G. Berg | **DOCKET #** 17-CR-20595-01 |

4. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
5. You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.
6. Participate in a program aimed at addressing specific interpersonal or social areas, for example, domestic violence, anger management, marital counseling, financial counseling, cognitive skills, parenting.
7. While on supervised release, the defendant shall be permitted to leave the judicial district for work purposes with prior approval from the probation officer.

Criminal Monetary Penalty:  Special Assessment $300.00 (paid).

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Standard Condition No. 10:** "YOU MUST NOT OWN, POSSESS, OR HAVE ACCESS TO A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR DANGEROUS WEAPON (I.E. ANYTHING THAT WAS DESIGNED, OR MODIFIED FOR, THE SPECIFIC PURPOSE OF CAUSING BODILY INJURY OR DEATH TO ANOTHER PERSON SUCH AS NUNCHAKUS OR TASERS)." <br><br> On October 11, 2023, RAMADAN purchased a Crosman CAKFull or Semi Auto 4.5mm BB Air Rifle from Amazon.com retailer. This weapon was seized by the probation office on November 17, 2023 from RAMADAN's bedroom. <br><br> On October 26, 2023, RAMADAN purchased a Umarex Glock 19X Gen 5 .177 Caliber BB Gun Air Pistol from Amazon.com retailer. This weapon has not been located by the probation office. |
| 2 | **Violation of Standard Condition No. 8:** "YOU MUST NOT COMMUNICATE OR INTERACT WITH SOMEONE YOU KNOW IS ENGAGED IN CRIMINAL ACTIVITY. IF YOU KNOW SOMEONE HAS BEEN CONVICTED OF A FELONY, YOU MUST NOT KNOWINGLY COMMUNICATE OR INTERACT WITH THAT PERSON WITHOUT FIRST GETTING THE PERMISSION OF THE PROBATION OFFICER." <br><br> RAMADAN has had regular contact with persons that he knows have been convicted of a felony. RAMADAN did not have permission of the probation officer for any of the contacts, but he did note subsequent contact with four people with felony records: a co-member at his local mosque and another a co-worker at his employer. He only provided a first name and the |

| PROB 12C<br>(Rev. 08/18) | **VIOLATION REPORT PART 1:<br>PETITION FOR SUMMONS** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>3960833 | DATE<br>01/18/2024 |
|---|---|---|---|---|
| **NAME**<br>RAMADAN, Yousef Mohammad | **OFFICER**<br>David Smith | **JUDGE**<br>Terrence G. Berg | | **DOCKET #**<br>17-CR-20595-01 |

probation officer knows no additional information about them: Bader (Last Name Unknown); Danielle (LNU); Ibrahim (LNU); Ray (LNU).

However, he has also had contact with federal Inmate Afzal Beemath, BOP #56989-039. Beemath was convicted in this Court, Docket 18CR20713-01, of Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances and nineteen counts of Unlawful Distribution of Controlled Substances, Aiding and Abetting. Beemath was sentenced 120 months custody on June 22, 2021.

On April 16, 2022, RAMADAN had telephone contact with Beemath using the name Yusuf Ramadan.

On April 21, 2022, RAMADAN had telephone contact with Beemath using the name Yusuf Ramadan.

On February 2, 2023, RAMADAN had telephone contact with Beemath using the alias name Martina Montanez.

On February 3, 2023, RAMADAN had telephone contact with Beemath using the alias name Martina Montanez.

On August 29, 2023, RAMADAN had telephone contact with Beemath. RAMADAN offered to send money to Beemath but stated that he is unable to use the prison money transmittal system. RAMADAN stated that he will send money to Beemath's family via CashApp, and they can forward it to Beemath.

**3**    **Violation of Special Condition No. 1:** "YOU MUST SUBMIT YOUR PERSON, RESIDENCE, OFFICE, VEHICLE(S), PAPERS, BUSINESS OR PLACE OF EMPLOYMENT, AND ANY PROPERTY UNDER HIS CONTROL TO A SEARCH. SUCH A SEARCH SHALL BE CONDUCTED BY A UNITED STATES PROBATION OFFICER AT A REASONABLE TIME AND IN A REASONABLE MANNER BASED UPON A REASONABLE SUSPICION OF CONTRABAND OR EVIDENCE OF A VIOLATION OF A CONDITION OF RELEASE. FAILURE TO SUBMIT TO SUCH A SEARCH MAY BE GROUNDS FOR REVOCATION; YOU MUST WARN ANY RESIDENTS THAT THE PREMISES MAY BE SUBJECT TO SEARCHES."

On November 17, 2023, the probation officer conducted a home visit with intent to search the premises and property under RAMADAN's control. RAMADAN submitted to a search of his person, residence, and vehicle, but refused to submit to a search of his numerous cellular phones and computer systems. He was directed by the probation officer to provide his usernames and passwords, or the Court would be notified of his failure to submit to a search. RAMADAN refused to provide the requested information.

| PROB 12C<br>(Rev. 08/18) | **VIOLATION REPORT PART 1:<br>PETITION FOR SUMMONS** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>3960833 | DATE<br>01/18/2024 |
|---|---|---|---|---|
| NAME<br>RAMADAN, Yousef Mohammad | OFFICER<br>David Smith | JUDGE<br>Terrence G. Berg | | DOCKET #<br>17-CR-20595-01 |

| **I declare under penalty of perjury that the foregoing is true and correct.**<br>PROBATION OFFICER<br><br>s/David Smith/djl<br>313 234-5448 | DISTRIBUTION<br><br>Court |
|---|---|
| SUPERVISING PROBATION OFFICER<br><br>s/Steven M. Ely<br>313 234-5583 | PROBATION ROUTING<br><br>Data Entry |

**THE COURT ORDERS:**

[ X ]   The issuance of a summons

[ ]   Other

s/Terrence G. Berg<br>
United States District Judge<br>
<br>
1/31/2024<br>
Date

Page **4** of **4**