# EXHIBIT A

# TOGETHER WITH THEIR FAMILIES

# HAMZA

&

# DUHA

## INVITE YOU TO CELEBRATE THEIR WEDDING DAY

### 3 May, 2024

At 6 o'clock in Dalila wedding hall at bethlehem

# حضوركم شرّفنا

يشرّفنا بدعوتكم لحضور حفل زفاف نجلَيْهما

## نجله

## فقط

وذلك يمشيئة تعالى يوم الجمعة الموافق 2024/5/3 الساعة السادسة مساءً في قاعة دلياك الكائنة في بيت لحم وذلك يمشيئة تعالى يوم الجمعة الموافق 2024/5/3 الساعة السادسة مساءً في قاعة دلياك الكائنة في بيت لحم

السيد عبد طه

السيد شاهر حاج